# Annex 1

**As of 2/28/2023**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | **100.000000%** | **17.266000%** |
|  |  |  |  |  | **Nelson Brother** |
|  |  | **1st month missed** |  | **Property as a** | **West Seneca** |
| **Description** | **Monthly** | **payment** | **Current Month** | **whole (LLC)** | **Investor Unit** |
| Rent - ROI Component |  |  |  | $ 1,522,068 | $ 262,800 |
| Rent - Debt Component (Interest + Principal) | $ 66,915.00 | 09/01/21 | 3/1/2023 | $ 1,204,470 | $ 207,964 |
| Rent - Debt Component (Fees) |  |  |  | $ 62,808 | $ 10,844 |
| Rent - School Property Taxes ( Town & County 2022 |  |  |  | $ 254,673 | $ 43,972 |
| Rent - Town/County Property West Seneca Town |  |  |  | $ 218,242 | $ 37,682 |
| Rent - Advances for Loan Debt Service Component |  |  |  | $ 162,472 | $ 28,052 |
|  |  |  |  | $ 3,424,731.76 | $ 591,314.18 |

# Annex 1

**West Seneca**
**Unpaid ROI Component of Base Rent**
**As of 2/28/2023**

| | Master Lease Agreement | Amount Paid | Amount Due |
|---|---|---|---|
| 04/01/17 | $ 55,539.38 | | |
| 05/01/17 | 55,539.38 | $ 53,915.42 | $ 1,623.96 |
| 06/01/17 | 55,539.38 | 53,915.42 | 1,623.96 |
| 07/01/17 | 55,539.38 | 53,915.42 | 1,623.96 |
| 08/01/17 | 55,539.38 | 53,915.42 | 1,623.96 |
| 09/01/17 | 55,539.38 | 53,915.42 | 1,623.96 |
| 10/01/17 | 55,539.38 | 53,915.42 | 1,623.96 |
| 11/01/17 | 55,539.38 | 53,915.42 | 1,623.96 |
| 12/01/17 | 55,539.38 | 53,915.42 | 1,623.96 |
| 01/01/18 | 55,539.38 | 53,915.42 | 1,623.96 |
| 02/01/18 | 55,539.38 | 53,915.42 | 1,623.96 |
| 03/01/18 | 55,539.38 | 53,915.42 | 1,623.96 |
| 04/01/18 | 58,787.29 | 53,915.42 | 1,623.96 |
| 05/01/18 | 58,787.29 | 53,915.42 | 4,871.87 |
| 06/01/18 | 58,787.29 | 58,787.29 | - |
| 07/01/18 | 58,787.29 | 58,787.29 | - |
| 08/01/18 | 58,787.29 | 58,787.29 | - |
| 09/01/18 | 58,787.29 | 58,787.29 | - |
| 10/01/18 | 58,787.29 | 58,787.29 | - |
| 11/01/18 | 58,787.29 | 58,787.29 | - |
| 12/01/18 | 58,787.29 | 58,787.29 | - |
| 01/01/19 | 58,787.29 | 58,787.29 | - |
| 02/01/19 | 58,787.29 | 58,787.29 | - |
| 03/01/19 | 58,787.29 | 58,787.29 | - |
| 04/01/19 | 60,411.25 | 58,787.29 | - |
| 05/01/19 | 60,411.25 | 58,787.29 | 1,623.96 |
| 06/01/19 | 60,411.25 | 58,787.29 | 1,623.96 |
| 07/01/19 | 60,411.25 | 58,787.29 | 1,623.96 |
| 08/01/19 | 60,411.25 | 58,787.29 | 1,623.96 |
| 09/01/19 | 60,411.25 | 58,787.29 | 1,623.96 |
| 10/01/19 | 60,411.25 | 58,787.29 | 1,623.96 |
| 11/01/19 | 60,411.25 | 60,411.25 | - |
| 12/01/19 | 60,411.25 | 60,411.25 | - |
| 01/01/20 | 60,411.25 | 60,411.25 | - |
| 02/01/20 | 60,411.25 | 60,411.25 | - |
| 03/01/20 | 60,411.25 | 60,411.25 | - |
| 04/01/20 | 60,411.25 | 60,411.25 | - |
| 05/01/20 | 60,411.25 | 60,411.25 | - |
| 06/01/20 | 60,411.25 | 60,411.25 | - |
| 07/01/20 | 60,411.25 | 60,411.25 | - |

# Annex 1

| Date | Col2 | Col3 | Col4 |
|---|---|---|---|
| 08/01/20 | 60,411.25 | 60,411.25 | - |
| 09/01/20 | 60,411.25 | 60,411.25 | - |
| 10/01/20 | 60,411.25 | 60,411.25 | - |
| 11/01/20 | 60,411.25 | 60,411.25 | - |
| 12/01/20 | 60,411.25 | 60,411.25 | - |
| 01/01/21 | 62,035.21 | 60,411.25 | - |
| 02/01/21 | 62,035.21 | 60,411.25 | 1,623.96 |
| 03/01/21 | 62,035.21 | 63,659.17 | (1,623.96) |
| 04/01/21 | 62,035.21 | 63,659.17 | (1,623.96) |
| 05/01/21 | 62,035.21 | - | 62,035.21 |
| 06/01/21 | 62,035.21 | - | 62,035.21 |
| 07/01/21 | 62,035.21 | - | 62,035.21 |
| 08/01/21 | 62,035.21 | - | 62,035.21 |
| 09/01/21 | 62,035.21 | - | 62,035.21 |
| 10/01/21 | 62,035.21 | - | 62,035.21 |
| 11/01/21 | 62,035.21 | - | 62,035.21 |
| 12/01/21 | 62,035.21 | - | 62,035.21 |
| 01/01/22 | 62,035.21 | | 62,035.21 |
| 02/01/22 | 62,035.21 | | 62,035.21 |
| 03/01/22 | 62,035.21 | | 62,035.21 |
| 04/01/22 | 62,035.21 | | 62,035.21 |
| 05/01/22 | 62,035.21 | | 62,035.21 |
| 06/01/22 | 62,035.21 | | 62,035.21 |
| 07/01/22 | 62,035.21 | | 62,035.21 |
| 08/01/22 | 62,035.21 | | 62,035.21 |
| 09/01/22 | 62,035.21 | | 62,035.21 |
| 10/01/22 | 62,035.21 | | 62,035.21 |
| 11/01/22 | 62,035.21 | | 62,035.21 |
| 12/01/22 | 62,035.21 | | 62,035.21 |
| 01/01/23 | 62,283.13 | | 62,035.21 |
| 02/01/23 | 62,283.13 | | 62,283.13 |
| 03/01/23 | 62,283.13 | | 62,283.13 |
| 04/01/23 | | | 62,283.13 |
| 05/01/23 | | | |
| | | | $ 1,522,067.99 |