# Annex 2

Note:  These are the cost of capital asset as whole.  17.266% is the ownership of Nelson Brother West Seneca Investor Unit.

|  | 100% | 17.266% |
| --- | ---: | ---: |
| Furniture, Fixtures & Equipment | 10,910.14 | 1,883.74 |
| Building | 16,264,033.00 | 2,808,147.94 |
| Land | 652,542.00 | 112,667.90 |