

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2023 through February 28, 2023

**Account Number:** _____5871

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00007301 WBS 703 211 06023 NNNNNNNNNNN 1 000000000 C1 0000
NELSON BROTHERS WEST SENECA INVESTOR UNITS, LLC
20 ENTERPRISE STE 400
ALISO VIEJO CA 92656



## Commercial Checking
### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

Case 1-22-10980-CLB, Doc 143-4, Filed 04/07/23, Entered 04/07/23 11:51:00, Description: Exhibit February 2023 Chase Bank Statement, Page 1 of 2

This Page Intentionally Left Blank

Case 1-22-10980-CLB, Doc 143-4, Filed 04/07/23, Entered 04/07/23 11:51:00, Description: Exhibit February 2023 Chase Bank Statement, Page 2 of 2

Page 2 of 2